# First District Court of Appeal
## State of Florida

—————————————————

No. 1D18-3650

—————————————————

James Dakota Ziglar,

Appellant,

v.

State of Florida,

Appellee.

—————————————————

On appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

July 11, 2019

Per Curiam.

Affirmed.

Lewis, B.L. Thomas, and Roberts, JJ., concur.

—————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

—————————————————

James Dakota Ziglar, pro se, Appellant.

Ashley Moody, Attorney General, and Thomas H. Duffy, Assistant Attorney General, Tallahassee, for Appellee.